IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CRUCITA COLON GARCIA

CASE NUMBER 07-04651-GAC

CHAPTER 13

Debtor(s)

## TRUSTEE'S REPORT REGARDING UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

    **COMES NOW**, **ALEJANDRO OLIVERAS RIVERA**, Standing Chapter 13 Trustee, and very respectfully states and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

| Payee's Name | Amount |
|---|---|
| ADMINISTRACION DE LOS SISTEMAS DE RETIRO<br>ATT GERARDO CACERES VAEZ<br>PO BOX 71528<br>SAN JUAN, PR 00936-8628 | $3,693.78 |

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them. Once these funds are deposited with the Court, a final report and account will be filed.

    **WHEREFORE**, for the reasons stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number **2038647**.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this December 04, 2009.

    CERTIFICATE OF SEVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using an ECF/CM System which sends notification of such filing to counsel for debtor(s) if an ECF/CM user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, postage prepaid, to the non an ECF/CM participants: debtor(s) and upon the above referred creditor(s) to their address(es) of record, if not an ECF/CM user.

    **/s/Alejandro Oliveras Rivera**
    Alejandro Oliveras Rivera
    Chapter 13 Trustee
    PO Box 9024062
    San Juan, PR 00902-4062
    TEL. 787-977-3500
    FAX 787-977-3521

AOR_MOTION_TO_CONSIGNED_UNCLAIMED_I